ORDERED.

Dated:  December 18, 2018

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA (ORLANDO)**

IN RE:                                                              Case No.: 6:18-bk-02491-CCJ

JAMES ANTHONY VILLANI,                              Chapter 13

             Debtor.                          /

**ORDER GRANTING**
**ORE TENUS MOTION FOR RELIEF FROM STAY [D.E. 52]**

The Creditor's Ore Tenus Motion for Relief from Stay [D.E. 52] on behalf of Ditech Financial, by and through its undersigned attorney ("Movant"), having come before the Court, and the parties, by and through undersigned counsel, it is ORDERED:

1. The Creditor's Ore Tenus Motion for Relief from Stay [D.E. 52] is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property

**REAL PROPERTY LOCATED AT 608 FIORELLA COURT, DEBARY, FL AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

```
LOT 17, OF RIVIERA BELLA UNIT 1, ACCORDING TO THE PLAT THEREOF, AS
RECORDED IN PLAT BOOK 50, AT PAGE 39 THROUGH 44, INCLUSIVE, OF THE
PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA
```

3. This order is entered for the sole purpose of allowing Movant to obtain an *in rem judgment* against the property and Movant shall not seek an in personam

    judgment against the Debtors.

Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order Prepared by:
Seth J. Greenhill
Padgett Law Group
SGreenhill@padgettlaw.net