**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                                    **Case No. 6:18-bk-02491-CCJ**
                                                                                              **Chapter 13**
**JAMES ANTHONY VILLANI,**

    **Debtor.**
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

_____

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, John T. Snow, 390 North Orange Ave., Ste. 2300, Orlando, FL 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

_____

    COMES NOW the Debtor by and through counsel undersigned, and files this Motion to Modify Confirmed Chapter 13 Plan [Doc. No. 55] and, as grounds for this motion would state the following:

1. Debtor's case was confirmed on December 18, 2018 [Doc. No. 55].

2. The Debtor has become delinquent in Plan payments; the proposed modifications herein bring the Debtor current.

3. The Debtor proposes to modify the confirmed plan payments and disbursements as follows:

SEE ATTACHED SPREADSHEET

4. Since the Debtor's confirmed Plan provides for payment of all disposable income over a period of 36 months and priority and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified in 11 U.S.C. §1329(b)(2) is hereby waived.

5. All other provisions of the Order Confirming Chapter 13 Plan [Doc. No. 55] remain in full force and effect unless otherwise modified herein.

WHEREFORE, the Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

Respectfully submitted,

/s/ John T. Snow_____
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone: 407-286-6663
johnsnow@cfl.rr.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing and/or via US mail to: Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790; Debtor; and all Creditors and Interested Parties on the attached matrix this 6th day of April, 2019.

    /s/ John T. Snow_____
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone: 407-286-6663
johnsnow@cfl.rr.com