| DUE DATE | | 18-2491 CJ | VILLANI | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **28TH** | | 5/28/2018 | | | 10.0% | | | | MONITORING | | DITECH FIN | | SANTANDER |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | FEE | | FIORELLA CT | | FORD EXPLORER |
| | 36 | | 36 | | | | $6,000.00 | | | | | | |
| 5/28/2018 | 1 | $0.00 | | $1,030.00 | $103.00 | | $101.92 | | | | $550.00 | | $275.08 |
| 6/28/2018 | 2 | $0.00 | | $1,030.00 | $103.00 | | $101.92 | | | | $550.00 | | $275.08 |
| 7/28/2018 | 3 | $0.00 | | $1,030.00 | $103.00 | | $101.92 | | | | $550.00 | | $275.08 |
| 8/28/2018 | 4 | $0.00 | | $1,030.00 | $103.00 | | $101.92 | | | | $550.00 | | $275.08 |
| 9/28/2018 | 5 | $0.00 | | $1,030.00 | $103.00 | 5 at | $101.92 | | | 5 at | $550.00 | | $275.08 |
| 10/28/2018 | 6 | $0.00 | 6 at | $1,030.00 | $103.00 | 1 at | $651.92 | | | 1 at | surrender | | $275.08 |
| 11/28/2018 | 7 | $0.00 | | $983.00 | $98.30 | | $609.62 | | | | | | $275.08 |
| 12/28/2018 | 8 | $0.00 | | $983.00 | $98.30 | 2 at | $609.62 | 8 at | | | | 8 at | $275.08 |
| 1/28/2019 | 9 | $0.00 | 3 at | $983.00 | $98.30 | 1 at | $129.50 | 1 at | $50.00 | | | 1 at | $478.80 |
| 2/28/2019 | 10 | $0.00 | | $0.00 | $0.00 | | $0.00 | | $0.00 | | | | $0.00 |
| 3/28/2019 | 11 | $0.00 | 2 at | $0.00 | $0.00 | 2 at | $0.00 | 2 at | $0.00 | | | 2 at | $0.00 |
| 4/28/2019 | 12 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 5/28/2019 | 13 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 6/28/2019 | 14 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 7/28/2019 | 15 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 8/28/2019 | 16 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 9/28/2019 | 17 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 10/28/2019 | 18 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 11/28/2019 | 19 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 12/28/2019 | 20 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 1/28/2020 | 21 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 2/28/2020 | 22 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 3/28/2020 | 23 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 4/28/2020 | 24 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 5/28/2020 | 25 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 6/28/2020 | 26 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 7/28/2020 | 27 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 8/28/2020 | 28 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 9/28/2020 | 29 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 10/28/2020 | 30 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 11/28/2020 | 31 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 12/28/2020 | 32 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 1/28/2021 | 33 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 2/28/2021 | 34 | $0.01 | | $1,061.64 | $106.16 | | $139.86 | | $54.00 | | | | $517.10 |
| 3/28/2021 | 35 | $0.01 | | $1,061.64 | $106.16 | 24 at | $139.86 | | $54.00 | | | 24 at | $517.10 |
| 4/28/2021 | 36 | $0.62 | 25 at | $1,061.64 | $106.16 | 1 at | $139.10 | 25 at | $54.00 | | | 1 at | $517.20 |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | | | | | | | | | |
| | | $0.00 | | $0.00 | ### at | | ### at | | ## at | | ### at | |
| | | $0.76 | | $35,670.00 | $3,567.00 | | $6,006.00 | | $1,400.00 | | $2,750.00 | | $15,607.04 |
| | | $21,144.01 | | | | | ATTY | | | | | | |
| | | 0% | | | | | | | | | | | |

| DUE DATE 28TH | | RIVERIA BELLA HOA | | IRS | |
|---|---|---|---|---|---|
| | 36 | | | | |
| 5/28/2018 | 1 | 1 at | surrender | | |
| 6/28/2018 | 2 | | | | |
| 7/28/2018 | 3 | | | | |
| 8/28/2018 | 4 | | | | |
| 9/28/2018 | 5 | | | | |
| 10/28/2018 | 6 | | | | |
| 11/28/2018 | 7 | | | | |
| 12/28/2018 | 8 | 8 at | | | |
| 1/28/2019 | 9 | 1 at | | $226.40 | |
| 2/28/2019 | 10 | | | $0.00 | |
| 3/28/2019 | 11 | 2 at | | $0.00 | |
| 4/28/2019 | 12 | | | $244.51 | |
| 5/28/2019 | 13 | | | $244.51 | |
| 6/28/2019 | 14 | | | $244.51 | |
| 7/28/2019 | 15 | | | $244.51 | |
| 8/28/2019 | 16 | | | $244.51 | |
| 9/28/2019 | 17 | | | $244.51 | |
| 10/28/2019 | 18 | | | $244.51 | |
| 11/28/2019 | 19 | | | $244.51 | |
| 12/28/2019 | 20 | | | $244.51 | |
| 1/28/2020 | 21 | | | $244.51 | |
| 2/28/2020 | 22 | | | $244.51 | |
| 3/28/2020 | 23 | | | $244.51 | |
| 4/28/2020 | 24 | | | $244.51 | |
| 5/28/2020 | 25 | | | $244.51 | |
| 6/28/2020 | 26 | | | $244.51 | |
| 7/28/2020 | 27 | | | $244.51 | |
| 8/28/2020 | 28 | | | $244.51 | |
| 9/28/2020 | 29 | | | $244.51 | |
| 10/28/2020 | 30 | | | $244.51 | |
| 11/28/2020 | 31 | | | $244.51 | |
| 12/28/2020 | 32 | | | $244.51 | |
| 1/28/2021 | 33 | | | $244.51 | |
| 2/28/2021 | 34 | | | $244.51 | |
| 3/28/2021 | 35 | 24 at | | $244.51 | |
| 4/28/2021 | 36 | 1 at | | $244.56 | |
| | | ### at | | ### at | ## at | ## at | ## at | ## at |
| | | | | $6,339.20 | |
| | | | | Pd @ 4% | |