UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**                                                                                     **Case No. 6:18-bk-02491-CCJ**
                                                                                                **Chapter 13**
**JAMES ANTHONY VILLANI,**

**Debtor.**
_____/

## RESPONSE TO MOTION TO DISMISS FOR
## FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS
[Document No. 58]

COMES NOW James Anthony Villani, Debtor, by his undersigned counsel, and in response to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments [Document No. 58], states as follows:

1. Debtor admits the averments of paragraph 1 of the said Motion.

2. Debtor admits the averments of paragraph 2 of the said Motion.

3. Debtor admits the averments of paragraph 3 of the said Motion.

4. Debtor admits the averments of paragraph 4 of the said Motion; and further answering, Debtor states that he has this date filed a Motion to Amend Confirmed chapter 13 Plan that addresses his delinquent payments.

WHEREFORE, Debtor prays that the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments [Document No. 58] be denied.

Respectfully submitted,

/s/ John T. Snow_____
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone 407-286-6663
johnsnow@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been furnished by United States mail and/or by electronic transmission to the parties listed below on 04/06/2019:

Debtor – James Anthony Villani, 608 Fiorella Ct., DeBary, FL 32713
Trustee - Laurie K. Weatherford, PO Box 3450 Winter Park FL 32790

/s/ John T. Snow
John T. Snow, Esq.
Attorney for Debtor
FL Bar #0039685
390 North Orange Ave., Ste. 2300
Orlando, FL 32801
Phone 407-286-6663
Fax 407-412-5068
johnsnow@cfl.rr.com